# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2966
_____

C.C., Father of T.A.C., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

December 6, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy M. Beasley of the Beasley Law Firm. P.L., Shalimar, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.

Thomasina Moore and Joanna Summers Brunell, Tallahassee, for the Guardian ad Litem Program.